UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

U.S.A.

vs.

CITATION / CASE NO. 3:10-cr-0032 CmK

## ORDER TO PAY

Sean Phillips

SOCIAL SECURITY #: ~~_____~~
DATE of BIRTH: ~~_____~~
DRIVER'S LICENSE #: ~~_____~~
ADDRESS: ~~_____~~

City          State          Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT**

DATE: 2-23-11        Sean Phillips
                     DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

CITATION / CASE NO: 3:10-Cr-0032 CmK   FINE 975.00   ASGMT. 25.00
CITATION / CASE NO: _____   FINE _____   ASGMT. _____
CITATION / CASE NO: _____   FINE _____   ASGMT. _____
CITATION / CASE NO: _____   FINE _____   ASGMT. _____

[X] **FINE TOTAL** of $ 975.00 and a penalty assessment of $ 25.00 within _____ days/months or payments of $ 100.00 per month, commencing 4-1-11 and due on the _____ of each month until paid in full.
( ) **RESTITUTION** _____
( ) **COMMUNITY SERVICE** _____ with fees not to exceed $ _____
to be completed by _____ with proof mailed to the Clerk of the Court.
[X] **PROBATION** to be unsupervised / ~~supervised~~ for: 2 years
Defendant is prohibited from entering USFS lands until fine paid. Probation to terminate upon payment.

**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):**

~~CENTRAL VIOLATIONS BUREAU~~
~~P.O. Box 740026~~
~~Atlanta, GA 30374-0026~~
~~1-800-827-2982~~

CLERK, USDC
~~501 Capitol Mall Box 2546~~ 501 I Street
Sacramento, CA 95814

Your check or money order must indicate **your name** and **citation/case number** shown above to ensure your account is credited for payment received.

DATE: 2-23-11                    _____
                                 U.S. MAGISTRATE JUDGE

Clerk's Office                                              EDCA - 03 Rev 8/97