# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**SEAN G. PHILLIPS**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: **3:10-CR-0032 CMK**

Adam Ryan
Defendant's Attorney

**THE DEFENDANT:**

[✔] pleaded guilty to count(s): 1 of the Complaint .
[ ] pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC 844(a), a Class A Misdemeanor | Possess a Controlled Substance | 10/06/2010 | 1 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[ ] Count(s) ___ (is)(are) dismissed on the motion of the United States.

[ ] Indictment is to be dismissed by District Court on motion of the United States.

[✔] Appeal rights given.        [ ] Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

02/23/2011
Date of Imposition of Judgment

DATED: February 24, 2011

*Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

## PROBATION

The defendant is hereby sentenced to unsupervised probation for a term of <u>two (2) years</u>. During the term of probation, Defendant is prohibited from entering lands administered by the United States Forest Service until the fine imposed herein is paid in full. Probation shall terminate upon payment in full.

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

|         | Assessment | Fine    | Restitution |
|---------|------------|---------|-------------|
| Totals: | $ 975.00   | $ 25.00 | $           |

## SCHEDULE OF PAYMENTS

Payment in equal <u>monthly</u> (e.g., weekly, monthly, quarterly) installments of $ <u>100.00</u> over a period of <u>ten</u> (e.g., months or years), to commence April 1, 2011

The court is unable to prepare a Statement of Reasons in that a Pre-Sentence Report was not prepared in this matter.

Payments shall be applied in the following order: (1) assessment; (2) restitution principal; (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including costs of prosecution and court costs.